AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>KATHY R. SANDERSON,<br>　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:10-CV-58-D** |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that in accordance with Rule 55 (b) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, United States of America, having requested judgment against the defaulted Defendant and having filed a proper affidavit, judgment is rendered in favor of the Plaintiff and against the above named Defendant in the sum of $19,568.34, including interest of $8,189.76 as of November 5, 2009 on the principal of $11,373.58, and accruing thereafter at the rate of 3.28% to the date of entry of the judgment, and costs allowed under 28 U.S.C. § 2412(a)(2) of $350.00. Interest thereon after date of entry of this judgment shall be at the rate of .24%.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **OCTOBER 14, 2010** WITH A COPY TO:

Kathy R. Sanderson (via USPS to 299 Drummer Kellum Road, Jacksonville, NC 28546-9308)
S. Katherine Burnette (via CM/ECF Notice of Electronic Filing)


October 14, 2010　　　　　　　　　　　　　　DENNIS P. IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　/s/ Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina